# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2019

Bridget M. McCormack,
Chief Justice

157328(50)

David F. Viviano,
Chief Justice Pro Tem

WHITNEY SCHUSTER,
         Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 157328
COA: 335246
Kent CC: 14-005418-NO

RIVER OAKS GARDEN APARTMENTS, LLC,
         Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's June 12, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2019



Clerk

b0923